

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Ann-Martha Andrews, State Bar No. 012616
   Direct Dial: (602) 262-5707
   Direct Fax: (602) 734-3764
   EMail: AAndrews@LRLaw.com
Todd D. Erb, State Bar No. 027122
   Direct Dial: (602) 262-5726
   Direct Fax: (602) 734-3933
   EMail: TErb@LRLaw.com

Attorneys for Defendants The Lincoln National Life Insurance Company;

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL LOPEZ,<br><br>    Plaintiff<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, DRIVETIME AUTOMOTIVE GROUP, INC. AND DRIVETIME AUTOMOTIVE GROUP, INC. DISABILITY PLAN,<br><br>    Defendants | Case No.: 13-cv-00859-DGC<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 21, the parties move to dismiss, without prejudice, named defendants Drivetime Automotive Group, Inc. and Drivetime Automotive Group Inc. Disability Plan, in the above-referenced matter. As grounds for this Motion, the parties agree that the disability plan in this case is fully insured by group disability insurance policies issued by Defendant The Lincoln National Life Insurance Company ("Lincoln"), that Lincoln is responsible for payment of all sums that may be due to plaintiff under the policies which insure the plan, and that Lincoln will pay all sums that may be due to plaintiff arising from the allegations set forth in the Complaint, including any attorney's fees or costs deemed appropriate and payable by the court. The parties further agree that Lincoln will not assert failure to name the plan as a defense in this matter.

3547886.1

LEWIS AND ROCA LLP
LAWYERS

1       RESPECTFULLY SUBMITTED this 12th day of June, 2013.

| SCOTT E. DAVIS, P.C. | LEWIS & ROCA LLP |
|---|---|
| By /s/ *Scott E. Davis* <br>   Scott E. Davis <br>   Attorney for Plaintiff <br>   davis@scottdavispc.com | By /s/*Todd D. Erb* <br>   Todd D. Erb <br>   Attorneys for Defendant <br>   The Lincoln National Life Insurance Company <br>   TErb@lrlaw.com |

3547886.1