UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL LOPEZ,<br><br>      Plaintiff<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, DRIVETIME AUTOMOTIVE GROUP, INC. AND DRIVETIME AUTOMOTIVE GROUP, INC. DISABILITY PLAN,<br><br>      Defendants | No.:  CV13-0859-PHX DGC<br><br>**ORDER** |

Having considered the parties' Joint Motion to Dismiss (Doc. 14) and good cause appearing,

**IT IS ORDERED** that the joint motion to dismiss (Doc. 14) is **granted**.  All claims asserted against defendants Drivetime Automotive Group, Inc. and Drivetime Automotive Group Inc. Disability Plan are dismissed without prejudice.

Dated this 26th day of June, 2013.


_____
David G. Campbell
United States District Judge

3503675.1