UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Lopez,<br><br>    Plaintiff<br><br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>    Defendant | No. CV13-00859-PHX DGC<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to stipulation (Doc. 27) and good cause appearing,

**IT IS ORDERED** that this lawsuit is dismissed with prejudice.  Each party will bear its own attorneys' fees and costs.

Dated this 19th day of December, 2013.

_____
David G. Campbell
United States District Judge